UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JEREMIAH PATCHEN, III,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, PAROLE REGION III ADMINISTRATOR MARIA FRANCO and PAROLE OFFICER ALEJANDRO BRAVO, *et al.*<br><br>    Defendants. | No. CV 11-9915 DDP (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Claim One is dismissed without prejudice.

DATED: September 17, 2015

                                              DEAN D. PREGERSON<br>                                              United States District Judge